UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JUNE RODGERS, individually and as Administrator of the Estate of Christian Phillip Nolan Rodgers, | : : | Hon. Joseph H. Rodriguez Civil Action No. 17-5556 |
| Plaintiff, | : | |
| v. | : | ORDER |
| LAURA AND JOHN ARNOLD FOUNDATION and ANNE MILGRAM, | : | |
| Defendants. | : | |

This matter having come before the Court on Defendants' motion to dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(6); and

The Court having considered the submissions of the parties and having heard oral argument on the record; and

For the reasons placed on the record that day, and those articulated in this Court's Opinion issued this day,

IT IS ORDERED this 11th day of June, 2019 that Defendants' Motion to Dismiss [27] is hereby <u>GRANTED</u>.

                                                _____s/ Joseph H. Rodriguez_____
                                                    JOSEPH H. RODRIGUEZ
                                                          U.S.D.J.